**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                                              Case No. 06-CR-20411

DERRICK YOUNG,

       Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION TO EXCLUDE, MOTION TO**
**DISQUALIFY, AND MOTION TO WITHDRAW GUILTY PLEA**

On September 7, 2010, the court conducted a hearing on Defendant Derrick

Young's pending motions. For the reasons stated more fully on the record,

IT IS ORDERED that Defendant's "Motion to Exclude Evidence Results of

Polygraph Examinations" [Dkt. # 238] is DENIED. Specifically, the court finds that the

polygraph examinations have "sufficient or minimally adequate indicia of reliability" to

satisfy the due process clause for purposes of consideration at sentencing. *United*

*States  v. Silverman*, 976 F.2d 1502, 1513 (6th Cir. 1992) (quotation omitted). The

court makes no determination at this point as to the weight or credibility of the

examinations, and Defendant may, of course, present his own evidence or arguments to

challenge the polygraph examinations.

IT IS FURTHER ORDERED that Defendant's "Motion to Disqualify Judge" [Dkt. #

239] is DENIED. The motion was predicated upon the assumption that the motion to

exclude the polygraph examinations would be granted. Because the court has denied

the motion to exclude, the court will also exclude the motion to disqualify.

Finally, IT IS ORDERED that the "Motion to Withdraw Plea of Guilty" [Dkt. # 237]

is DENIED WITHOUT PREJUDICE.  The motion, as presented, does not present

adequate grounds to withdraw the guilty plea.  Defendant's newly appointed counsel,

however, may re-file the motion should he believe, after further investigation and

research, that adequate grounds exist to assert a renewed motion.


         s/Robert H. Cleland
         ROBERT H. CLELAND
         UNITED STATES DISTRICT JUDGE

Dated:  September 13, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, September 13, 2010, by electronic and/or ordinary mail.

         s/Lisa G. Wagner
         Case Manager and Deputy Clerk
         (313) 234-5522