# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Criminal No. 06-cr-20411-4
                                                        Civil No. 12-cv-10221

DERRICK YOUNG,

    Defendant.
                                              /

## ORDER CLOSING CASE IN LIEU OF JUDGMENT

On June 30, 2014, the court entered an order denying Defendant Derrick Young's *pro se* motion to vacate sentence pursuant to 28 U.S.C. § 2255. Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

                                           s/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: June 30, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 30, 2014, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\06-20411-4.YOUNG.OrderClosingCase.rljr.wpd