**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Case No. 06-20411

DERRICK YOUNG,

        Defendant.

_____/

### ORDER TERMINATING DEFENDANT'S 'PLACEHOLDER 2255 MOTION'

Defendant Derrick Young pleaded guilty to conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), killing a person while engaged in an offense punishable under 18 U.S.C. § 924(c), and aiding and abetting in such offense, in violation of 18 U.S.C. §§ 924(j). (ECF No. 262.) On January 18, 2011, this court sentenced him to 720 months imprisonment. (*Id.*, PageID.952.)

Currently before the court is a motion filed by Defendant which is styled as a "Placeholder 2255 Motion." (See ECF No. 319.) Defendant filed the present motion after he had already filed a petition in the Sixth Circuit seeking authorization for the district court to consider a second or successive motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. *See In re Young*, No. 20-1046 (6th Cir.) (Doc. No. 5). Defendant's "placeholder motion" notes his then-pending petition at the Sixth Circuit and states that he filed "this motion as a 'Placeholder 2255 Motion' in [an] effort to comply with the one-year statute of limitations in 28 U.S.C. § 2255." (ECF No. 319,

PageID.1512.) Subsequently, the Sixth Circuit issued an order denying "Young's motion for authorization to file a second or successive motion to vacate." (*See* ECF No. 317.) Because the Sixth Circuit declined to allow a successive § 2255 motion, the court finds that the "placeholder motion" related to that request should be terminated.

Accordingly,

IT IS ORDERED that Defendant's "Placeholder 2255 Motion" (ECF No. 319) is TERMINATED.

s/Robert H. Cleland                          /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  June 21, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 21, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                                /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Criminal\06-20411.YOUNG.PlaceholderMotion.AAB.docx